UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGNATOURS INC, | CASE NO. C21-166 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RYDER FASSE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by August 2, 2021. (Dkt. No. 7.)

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

MINUTE ORDER - 1

1 | Dated: August 9, 2021.

2 | William M. McCool
Clerk of Court

3

4 | s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2